No. 81–1824.  COHEN ET AL. *v.* UNITED STATES; and
No. 81–1851.  CARLONE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Reported below: 666 F. 2d 1112.

No. 81–1826.  DAVIS ET AL. *v.* CITY OF SOUTH BEND. Ct. App. Ind.  Certiorari denied.

No. 81–1827.  E. W. SCRIPPS CO. *v.* HEHEMAN ET AL. C. A. 6th Cir.  Certiorari denied.

No. 81–1838.  HUGHES TOOL CO. *v.* RICHARDS.  Ct. App. Tex., 14th Sup. Jud. Dist.  Certiorari denied.

No. 81–1846.  LUSTGARTEN *v.* AYRES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 81–1854.  LYONS *v.* NIPPON GAKKI SEIZO KABUSHIKI KAISHA (NIPPON GAKKI CO., LTD.) ET AL.  C. A. 7th Cir. Certiorari denied.

No. 81–1892.  BONEN *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 81–1901.  FAKER ET UX. *v.* ELMORE ET UX.  Ct. App. Wash.  Certiorari denied.

No. 81–1932.  McCARTY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 81–1935.  McGRATH *v.* STATE UNIVERSITY OF NEW YORK AT PLATTSBURGH.  C. A. 2d Cir.  Certiorari denied.

No. 81–1939.  BARKSDALE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–1942.  McCAIN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.